**Order entered March 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00874-CR

**DAMON JAMES WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-30651-U**

## ORDER

The Court **REINSTATES** the appeal.

On January 14, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) counsel David Pire is unable to file appellant's brief in a timely manner due to health reasons; and (2) the court appointed the Dallas County Public Defender's Office as appellant's counsel in place of Mr. Pire.

We **DIRECT** the Clerk to substitute Julie Woods of the Dallas County Public Defender's Office as appellant's attorney of record in place of David Pire.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

/s/    LANA MYERS
       JUSTICE